# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2013

Robert P. Young, Jr.,
Chief Justice

141381

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 141381
        COA: 290833
        Wayne CC: 08-013567-FH

LAMAR EVANS,
        Defendant-Appellant.

_____/

On order of the Court, in conformity with the mandate of the Supreme Court of the United States, the judgment and opinion of this Court dated March 26, 2012 (reported at 491 Mich 1) and the judgment of the Court of Appeals entered May 13, 2010 are VACATED. The judgment of the Circuit Court for the County of Wayne is AFFIRMED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2013

_____
Clerk

t0402